Judith C. HARVEY, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 04–3424.

United States Court of Appeals,
Federal Circuit.

May 6, 2005.

Before RADER, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and PROST, Circuit Judge.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.